JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MARK JAMES SIMON, | ) No. CV 14-03763-MMM (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| JEFF MACOMBER (Warden), | ) |
| Respondent. | ) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: March 31, 2015

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

1